UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
APR

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| VS | |
| GARY CHAMPION | RECOG# NEW 1159<br>07-MG-6034-01 |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, TWELVE HUNDRED DOLLARS, ($1,200.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this ___ day of APRIL, 2008.

Ordered that the sum of TWELVE HUNDRED DOLLARS, ($1,200.00), be paid to THOMAS CHAMPION, 280 ROSEMONT PLACE, ENGLEWOOD, N.,J. 07631.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT